UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SILVER FERN CHEMICAL, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT LYONS, an individual, et al.,<br><br>Defendants. | CASE NO. 2:23-cv-00775-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

Plaintiff has filed a Motion for Temporary Restraining Order. Dkt. No. 8. Plaintiff states that it notified Defendants of its plan to file its Complaint and Motion. Id. at 19. However, the motion appears to not comply with LCR 65(b)(1), which requires that "the moving party must serve all motion papers on the opposing party, by electronic means if available, before or contemporaneously with the filing of the motion and include a

certificate of service with the motion. The motion must also include contact information for the opposing party's counsel or for an unrepresented party." Accordingly, the Motion for Temporary Restraining is STRICKEN with leave to refile in accordance with LCR 65.

Dated this 25th day of May 2023.

        Ravi Subramanian
        Clerk of the Court

        s/ Kadya Peter
        Deputy Clerk

MINUTE ORDER - 2