Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SILVER FERN CHEMICAL, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT LYONS, an individual, TROY KINTO, an individual, KING HOLMES, an individual, ROWLAND MORGAN, an individual, and AMBYTH CHEMICAL COMPANY, a Washington corporation,<br><br>    Defendants. | NO. 2:23-cv-00775-TL<br><br>**STIPULATED MOTION TO FILE SECOND AMENDED COMPLAINT AND ORDER**<br><br>**NOTE ON MOTION CALENDAR: February 12, 2024** |

    Under Local Civil Rules 7(d)(1), 10(g), and 15, the Parties hereby submit the following stipulated motion to allow Plaintiff to file a Second Amended Complaint consistent with Federal Rule of Civil Procedure 15(a)(2). In support of this stipulated motion, the Parties state:

    1.    Following the Court's Order Granting in Part and Denying in Part Defendants' Motion to Dismiss, ECF No. 70, Plaintiff filed its First Amended Complaint on January 18, 2024.

    2.    Consistent with this Court's Standing Order for All Civil Cases, in anticipation of a motion to dismiss the First Amended Complaint, the Parties met and conferred on January 26, 2024.

    3.    Following the Parties' meet and confer, Plaintiff provided Defendants with a proposed Second Amended Complaint. A true and correct copy of the proposed Second Amended Complaint is attached as Exhibit 1 with redlines showing changes from Plaintiff's

First Amended Complaint.

4. Without waiving any of its rights or defenses with respect to Plaintiff's proposed Second Amended Complaint, to avoid the further time and expense of motion practice, Defendants do not oppose Plaintiff filing its proposed Second Amended Complaint.

5. The Parties stipulate and agree that, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants should have 14 days after the filing of the Second Amended Complaint to file their responsive pleading.

6. The Parties thus stipulate and move the Court for an Order permitting Plaintiff to file a Second Amended Complaint in materially the same form as the attached Exhibit 1, and that Defendants be given 14 days from the filing of the Second Amended Complaint to file their responsive pleading(s).

The Parties certify that this memorandum contains 264 words in compliance with the Local Civil Rules.

DATED this 14th day of February, 2024.

**TOUSLEY BRAIN STEPHENS PLLC**

By: *s/ Kaleigh N. Boyd*
Kim D. Stephens, P.S., WSBA #11984
Jason T. Dennett, WSBA #30686
Kaleigh N. Boyd, WSBA #52684
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Tel: (206) 682-5600
Fax: (206) 682-2992
kstephens@tousley.com
jdennett@tousley.com
kboyd@tousley.com

*Counsel for Plaintiff Silver Fern Chemical, Inc.*

STIPULATED MOTION TO FILE SECOND AMENDED COMPLAINT- 2

**OGDEN MURPHY WALLACE PLLC**

By: *s/ Jennifer C. Berry*
Jennifer C. Berry
Cynthia S. Park
901 Fifth Avenue, Ste 3500
Seattle, WA 98164-2008
Tele: 206-447-7000
jberry@omwlaw.com
cpark@omwlaw.com

*Counsel for Defendants Scott Lyons, King Holmes, Rowland Morgan, and Ambyth Chemical Company*

**WILLIAMS KASTNER & GIBBS PLLC**

By: *s/ Bethany Beal Nolan*
Bethany Beal Nolan
Two Union Square
601 Union St Ste 4100
Seattle, WA 98101
Tele: 206-628-6600
bnolan@williamskastner.com

*Counsel for Defendant Troy Kinto*

### ORDER

Based on the foregoing, IT IS SO ORDERED. Plaintiff shall file its Second Amended Complaint within one week of this Order. Defendants shall thereafter have 14 days to file their responsive pleading(s).

DATED: February 14, 2024

Tana Lin
United States District Judge

STIPULATED MOTION TO FILE SECOND AMENDED COMPLAINT- 3