UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SILVER FERN CHEMICAL, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT LYONS, an individual; TROY KINTO, an individual; KING HOLMES, an individual; ROWLAND MORGAN, an individual; and AMBYTH CHEMICAL COMPANY, a Washington corporation,<br><br>Defendants. | CASE NO. 2:23-cv-00775-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

Both Parties have filed various documents under seal without following the procedure set forth in Local Civil Rule 5(g)(5)(B). *See* Dkt. Nos. 78, 84, 87, 88, 98, 119. Accordingly, the Parties SHALL file, **within fourteen (14) days** of this Order, the appropriate motions.

If the proposed redactions are similar to redactions that were previously approved, the Parties should include a reference to the prior Order(s). The Parties are also reminded that redactions should be the least restrictive means of obtaining the necessary relief. LCR 5(g)(3)(B)(iii); *see also, e.g.*, *Walker v. Lewis*, No. C23-165, 2024 WL 2067171, at *1 (D. Nev. Apr. 18, 2024) ("Without the presentation of compelling reasons, redaction is the preferred method to protect confidential information and alleviates the need to seal the entire document.").

Dated this 22nd day of July 2024.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk