Honorable Tana Lin

1

2

3

4

5

6

7
UNITED STATES DISTRICT COURT
8
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
9

10
SILVER FERN CHEMICAL, INC., a
Washington corporation,

11
                          Plaintiff,

12
v.

13
SCOTT LYONS, an individual, TROY KINTO,
an individual, KING HOLMES, an individual,
14
ROWLAND MORGAN, an individual, and
AMBYTH CHEMICAL COMPANY, a
15
Washington corporation,

16
                          Defendant.
17

18
SCOTT LYONS, an individual, and KING
HOLMES, an individual,
19
                          Counterclaim Plaintiffs,
20
v.

21
SILVER FERN CHEMICAL, INC., a
22
Washington corporation, SAM KING, an
individual, and LISA KING, an individual,
23
                          Counterclaim Defendants.
24

25

Case No. 2:23-cv-00775-TL

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO SEAL

OGDEN MURPHY WALLACE, P.L.L.C.
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215

1    This matter is before the Court on Stipulated Motion to Seal (Dkt. No. 159). The parties seek to

2    file under seal, an unredacted version of Defendants' Response in Opposition to Plaintiff's Motion for

3    Reconsideration of Court Order Denying Plaintiff's Motion for Temporary Restraining Order (Dkt.

4    No. 40) and the declarations of Lorraine Barrick, Paul J. Dayton, King Holmes and certain exhibits

5    thereto.

6    Having considered the Parties' Stipulated Motion, the associated briefing, and the record

7    before the Court, the Motion is GRANTED.  The redacted materials and exhibits qualify as either

8    confidential and/or trade secret information.  If disclosed, Silver Fern may suffer trade secret

9    misappropriation or release of its confidential customer information.

10    The redactions are minimal, such that only specific customer and vendor identities, particularly

11    related to Silver Fern's and Ambyth's business transactions, and specific information about Silver

12    Fern's and Ambyth's financial condition and practices are redacted.

13    Silver Fern's interest in maintaining the confidentiality of that information outweighs the

14    public's right to see it, especially when the remainder of the pleadings will remain unredacted.  The

15    redacted information is similar to redactions that were previously approved by this Court.

16    IT IS SO ORDERED.

17    Dated this 17th day of September, 2024.

18

19

20    _____
      Tana Lin
21    United States District Judge

22

23

24

25

OGDEN MURPHY WALLACE, P.L.L.C.
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215

1    Presented by:

2    OGDEN MURPHY WALLACE

3
     By: *s/Paul J. Dayton*
4    Paul J. Dayton, WSBA #12619
     By: *s/Jennifer C. Berry*
5    Jennifer C. Berry, WSBA #36881
     By: *s/ Cynthia S. Park*
6    Cynthia S. Park, WSBA #58012
7    701 5th Avenue, Suite 5600
     Seattle, WA 98104
8    Tel: (206) 447-7000
     Fax: (206) 447-0215
9    jberry@omwlaw.com
     cpark@omwlaw.com
10   pdayton@omwlaw.com
11   *Attorneys for Defendants Ambyth Chemical Company*
     *Rowland Morgan, Scott Lyons, and King Holmes*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

OGDEN MURPHY WALLACE, P.L.L.C.
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215