Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SILVER FERN CHEMICAL, INC., a Washington corporation, | Case No. 2:23-cv-00775-TL |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATED MOTION TO SEAL |
| v. | |
| SCOTT LYONS, an individual, TROY KINTO, an individual, KING HOLMES, an individual, ROWLAND MORGAN, an individual, and AMBYTH CHEMICAL COMPANY, a Washington corporation, | |
| Defendant. | |
| SCOTT LYONS, an individual, and KING HOLMES, an individual, | |
| Counterclaim Plaintiffs, | |
| v. | |
| SILVER FERN CHEMICAL, INC., a Washington corporation, SAM KING, an individual, and LISA KING, an individual, | |
| Counterclaim Defendants. | |

OGDEN MURPHY WALLACE, P.L.L.C.
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215

1    This matter is before the Court on Stipulated Motion to Seal (Dkt. No. 174). The parties seek to

2    maintain under seal an unredacted version of Plaintiff's Motion for Sanctions (Dkt. No. 124) and

3    Exhibits 1, 2, 4 and 5 (Dkts. 127, 127-1, 127-3, and 127-4) to the Declaration of Kaleigh N. Boyd in

4    support thereof, while filing newly-redacted versions of those documents attached to the Stipulated

5    Motion. Specifically, Plaintiff seeks to redact customer and vendor name and contact/location

6    information. Defendants either agree to these redactions or—in the case of vendor names and

7    location/contact information—do not oppose the request.

8        Having considered the Parties' Stipulated Motion, the associated briefing, and the record

9    before the Court, the Motion is GRANTED.  The redacted materials and exhibits qualify as either

10   confidential and/or trade secret information.  If disclosed, Silver Fern may suffer trade secret

11   misappropriation or release of its confidential customer information.

12       The redactions are minimal, such that only specific customer and vendor identities/contact

13   information, particularly related to Silver Fern's and Ambyth's business transactions are redacted.

14       Silver Fern's interest in maintaining the confidentiality of that information outweighs the

15   public's right to see it, especially when the remainder of the pleadings will remain unredacted.  The

16   redacted information is similar to redactions that were previously approved by this Court.

17       IT IS SO ORDERED.

18       Dated this 26th day of September, 2024.

19

20                                                         Tana Lin
                                                           United States District Judge
21

22

23

24

25

1   Presented by:

2   **TOUSLEY BRAIN STEPHENS PLLC**

3

4   By: */s/ Kaleigh N. Boyd*
    Kim D. Stephens, P.S., WSBA #11984
5   Jason T. Dennett, WSBA #30686
    Kaleigh N. Boyd, WSBA #52684
6   1200 Fifth Avenue, Suite 1700
    Seattle, WA 98101-3147
7   Tel: (206) 682-5600
    Fax: (206) 682-2992
8   kstephens@tousley.com
    kboyd@tousley.com
9

10  *Counsel for Plaintiff Silver Fern Chemical, Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO SEAL - 3
2:23-cv-00775-TL
4869-1106-0708, v. 1
{PJD4869-1106-0708;1/16952.000002/}

OGDEN MURPHY WALLACE, P.L.L.C.
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215