Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SILVER FERN CHEMICAL, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT LYONS, an individual, TROY KINTO, an individual, KING HOLMES, an individual, ROWLAND MORGAN, an individual, and AMBYTH CHEMICAL COMPANY, a Washington corporation,<br><br>Defendants.<br><br>SCOTT LYONS, an individual, and KING HOLMES, an individual,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>SILVER FERN CHEMICAL, INC., a Washington corporation, SAM KING, an individual, and LISA KING, an individual,<br><br>Counterclaim Defendants. | Case No. 2:23-cv-00775-TL<br><br>~~[PROPOSED]~~<br><br>ORDER GRANTING DEFENDANTS' RENEWED MOTION FOR EXTENSION OF RULE 62 STAY OF EXECUTION ON JUDGMENT AND FOR APPROVAL OF BOND AMOUNT<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 2, 2026** |



OGDEN MURPHY WALLACE, P.L.L.C.
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215

THIS MATTER having come before the Court on Defendants' Renewed Motion for Extension of Rule 62 Stay of Execution on Judgment and for Stay of Execution on this Court's Order awarding Attorneys' Fees and Costs and for Approval of Bond Amount, Plaintiff's Response in Opposition to Defendants' Renewed Motion for Extension of Rule 62 Stay of Execution on Judgment and for Approval of Bond Amount, and Defendant's Reply, thereto, and being fully advised of the premises, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

Defendants' Motion for Continuance of Rule 62 Stay of Execution on Judgment and stay of execution on this Court's Order awarding attorneys' fees and costs and for Relief under Rule 67 is GRANTED.

It is further ORDERED that an additional cash bond in the amount of $2,023,133 in the Registry of the Court sufficiently supports the extension of the Rule 62(b) stay of execution on the January 21, 2026, Judgment and stay of execution on the Court's award of attorneys' fees and costs. Upon deposit of this sum, the Rule 62(b) stay of execution shall be expanded to encompass this Court's Order awarding attorneys' fees and costs (Dkt. No. 375) and shall extend until thirty days after finality of Defendants' appeal with the Ninth Circuit Court of Appeals.

In granting Defendants' request for relief under Rule 67, it is further ORDERED that Defendants need not modify or otherwise supplement their cash bond for the pendency of Defendants' appeal.

DATED this 2nd day of November, 2026.

HONORABLE JUDGE TANA LIN



OGDEN MURPHY WALLACE, P.L.L.C.
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215

Presented By:

**OGDEN MURPHY WALLACE**

By: *s/Paul J. Dayton*
Paul J. Dayton, WSBA #12619
By: *s/Cynthia S. Park*
Cynthia S. Park, WSBA #58012
By: *s/Kristen E. Lange*
Kristen E. Lange, WSBA #54335
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000
Fax: (206) 447-0215
pdayton@omwlaw.com
cpark@omwlaw.com
klange@omwlaw.com

*Attorneys for Defendants Ambyth Chemical Company, Rowland Morgan, Scott Lyons, Troy Kinto and King Holmes*

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing document on the individuals listed below using the methods indicated:

| | | |
|---|---|---|
| Kaleigh N. Boyd, WSBA #52684<br>MCNAUL EBEL PLLC<br>600 University St., Suite 2700<br>Seattle, WA 98101<br>Tel: (206)-389-9332<br>kboyd@mcnaul.com<br>*Attorneys for Plaintiff Silver Fern Chemical, Inc.* | [X]<br>[ ]<br>[ ]<br>[ ] | CM/ECF<br>Email<br>U.S. Mail<br>Messenger |
| Darren Feider, WSBA #22430<br>Tina M. Aiken, WSBA #27792<br>Sebris Busto James<br>15375 SE 30th Place, Suite 310<br>Bellevue, WA 98007<br>Tel: (425) 454-4233<br>dfeider@sbj.law<br>taiken@sbj.law<br>*Attorneys for Cross-Defendant Silver Fern Chemical, Inc.* | [X]<br>[ ]<br>[ ]<br>[ ] | CM/ECF<br>Email<br>U.S. Mail<br>Messenger |

Executed this 30th day of October, 2026, at Seattle, Washington.

*s/Chris Hoover*
Chris Hoover, Legal Assistant



OGDEN MURPHY WALLACE, P.L.L.C.
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215